IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00046-BO-BM

| | |
|---|---|
| NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, INC., as subrogee of B.D. Potter Farms, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DEERE & COMPANY, INC., <br><br> Defendant. | **SCHEDULING ORDER** |

This matter is before the court on the parties' joint motion [DE-18] for a case management conference. For good cause shown for the reasons stated in the motion, the joint motion for a case management conference is hereby GRANTED.

The court will hold a telephonic hearing on **Friday, May 16, 2025, at 1:00 pm**. The parties are directed to use the dial-in information to be provided by the Deputy Clerk of Court in advance of the hearing.

Prior to the telephonic hearing, the parties shall confer regarding agreed upon proposed deadlines in this matter including for the completion of discovery and expert disclosures. The parties shall be prepared to discuss the same with the court during the hearing.

SO ORDERED, this 9th day of May, 2025.

_____
Brian S. Meyers
United States Magistrate Judge